■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD JACKSON, Appellant. [810 NYS2d 337]—Appeal by the defendant from a judgment of the Supreme Court, Westchester County (West, J.), rendered October 18, 2000, convicting him of burglary in the second degree, criminal possession of stolen property in the fifth degree, and petit larceny, upon a jury verdict, and criminal possession of a controlled substance in the seventh degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Schmidt, J.P., Krausman, Luciano and Mastro, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AMEER LAWSON, Appellant. [809 NYS2d 915]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 2, 2002 (*People v Lawson*, 300 AD2d 319 [2002]), affirming a judgment of the Supreme Court, Queens County, rendered February 24, 1998.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Santucci, J.P., Krausman, Crane and Mastro, JJ., concur.